IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BUZZFEED INC.,**<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br><br>    **Plaintiff,**<br><br>    v.<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18 cv 2370 |

## COMPLAINT

1. Plaintiff BUZZFEED INC. files this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF JUSTICE to produce records related to the Religious Liberty Task Force and religious liberty matters at the Department of Justice.

## PARTIES

2. Plaintiff BUZZFEED INC. is a member of the media and made the FOIA requests at issue in this case.

3. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B) because a plaintiff may always bring a federal FOIA suit in the U.S. District Court for the District of Columbia.

## DEFENDANT'S FOIA VIOLATION

6. On August 10, 2018, BUZZFEED requested from DOJ, for the time period beginning September 1, 2017, through the date of the search, all records related to the Religious Liberty Task Force, including records that involve any precursor entities, and all actions involved in the task force's creation or continued execution.  A true and correct copy of the full request, which has been paraphrased here, is attached as Exhibit A.

7. On August 23, 2018, DOJ acknowledged receipt of the request and denied expedited processing, assigning the request to the complex track for completion at an indeterminate date.  A true and correct copy of the response is attached as Exhibit B.

8. DOJ has provided no further response to the request and no estimated completion date.

## COUNT I – DOJ FOIA VIOLATION

9. The above paragraphs are incorporated herein.

10. Defendant DOJ is an agency subject to FOIA.

11. Plaintiff made a FOIA request to DOJ for agency records of the DOJ.

12. One or more of the requested records are not exempt from disclosure.

13. Defendant DOJ has failed to produce the requested records.

**WHEREFORE,** Plaintiff asks the Court to:

   i. Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records within 90 days of service of the Complaint;

   ii. Award Plaintiff attorney fees and costs; and

   iii. Enter any other relief the Court deems appropriate.

- 3 -

DATED: October 15, 2018

                                      Respectfully Submitted,

/s/ Matthew Topic

Attorneys for Plaintiff

Matthew Topic
*(E-Mail:  foia@loevy.com)*
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
Tel.: (312) 243-5900
Fax (312) 243-5902
Bar No. IL0037

Matthew Schafer
*(E-Mail: matthew.schafer@buzzfeed.com)*
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728