UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 18-2370 (CRC) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, through counsel, submit this Joint Status Report and Proposed Schedule concerning the Motion for Stay of Proceedings that Defendant filed on March 29, 2019 (ECF No. 14). The parties have negotiated a resolution on Defendant's request for a stay and a processing schedule that avoids the need for the Court to resolve Defendant's Motion over Plaintiff's opposition.

Under the parties' agreement and joint proposed schedule, Defendant agrees to process for release and produce to Plaintiff a responsive email that the Office of Information Policy ("OIP") has located that identifies the participants of a meeting relating to the Religious Liberty Task Force. That email is already under review and will be produced to Plaintiff as an interim response as soon as OIP has completed its review and obtained all necessary approvals, and in any event no later than thirty days from today. The parties also agree that OIP will review former Attorney General Sessions' emails and produce any responsive records, subject to any applicable withholdings, during the pendency of the stay of proceedings. OIP will issue a first interim release within 45 days (i.e., by May 28, 2019) and a second and final response concerning the Sessions emails within 90 days (i.e., by July 12, 2019).

Accordingly, Defendant renews its request that the Court grant Defendant's Motion for Stay of Proceedings, which is now unopposed, and stay this action through November 26, 2019, for the reasons provided in Defendant's Motion. A proposed order is attached.

| | |
|---|---|
| April 12, 2019 | Respectfully submitted, |
| /s/ Matthew Topic | JESSIE K. LIU |
| Matthew Topic | D.C. Bar 472845 |
| (E-Mail: foia@loevy.com) | United States Attorney |
| LOEVY & LOEVY | |
| 311 N. Aberdeen, Third Floor | DANIEL F. VAN HORN |
| Chicago, IL 60607 | D.C. Bar 924092 |
| Tel.: (312) 243-5900 | Chief, Civil Division |
| Fax (312) 243-5902 | |
| Bar No. IL0037 | By: /s/ Daniel P. Schaefer |
| | DANIEL P. SCHAEFER |
| Matthew Schafer | D.C. Bar 996871 |
| (E-Mail: matthew.schafer@buzzfeed.com) | Assistant United States Attorney |
| BUZZFEED INC. | 555 4th Street, N.W. |
| 111 East 18th Street, 13th Floor | Washington, D.C. 20530 |
| New York, NY 10003 | (202) 252-2531 |
| Tel.: (646) 660-0693 | Daniel.Schaefer@usdoj.gov |
| Fax: (212) 431-7461 | |
| Bar No. 1008728 | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |