UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Civ. A. No. 18-2370 (CRC) |

**JOINT STATUS REPORT**

The parties, through counsel, submit this Joint Status Report in response to the Court's Minute Order dated March 1, 2021. Plaintiff conveyed a fee demand on April 1, 2021. Defendant sent a response on April 14, 2021, requesting additional information from Plaintiff concerning the fee demand. The parties request additional time to continue their settlement discussions before the Court enters a briefing schedule for a motion for attorney's fees. The parties propose to file another joint status report on or before May 26, 2021.

Dated: April 26, 2021

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY

311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar No. 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*